IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Fegans, Deborah

Printed: 03/24/09

Case Number: 08 B 27784
Judge: Goldgar, A. Benjamin
Filed: 10/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 13, 2009
Confirmed:  December 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,270.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,186.18 |
| Trustee Fee: |  | 83.82 |
| Other Funds: |  | 0.00 |
| Totals: | 1,270.00 | 1,270.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 1,186.18 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 18,967.75 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 5,268.24 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 688.55 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 131.95 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 364.94 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 2,091.69 | 0.00 |
| 9. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 10. | Allied Collection Services | Unsecured |  | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 12. | Payday Loan | Unsecured |  | No Claim Filed |
| 13. | William J Carroll | Unsecured |  | No Claim Filed |
| 14. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 15. | Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,987.12 | $ 1,186.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 83.82 |
|  | $ 83.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fegans, Deborah | Case Number:  08 B 27784 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed:  10/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*